PHAN, APPELLANT, *v.* PRESRITE CORPORATION ET AL.;
LINEMASTER SWITCH CORPORATION, APPELLEE.

[Cite as *Phan v. Presrite Corp.* (1995), 72 Ohio St.3d 430.]

(No. 94–1071—Submitted May 23, 1995—Decided July 5, 1995.)

*Jeffries, Kube, Forrest & Monteleone Co., L.P.A., Michael R. Kube* and *Richard A. Vadnal,* for appellant.

*Rhoa, Follen & Rawlin Co., L.P.A., Albert J. Rhoa* and *James H. Crawford,* for appellee.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

COOK, J., dissenting. I would affirm the judgment of the court of appeals.